1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| GILBERTO RASCON, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 06-02937 SC <br> v. ) <br> ) <br> WINN AND SIMS, A PROFESSIONAL ) <br> CORPORATION and BRIAN N. WINN, ) <br> ) <br> Defendants. ) | |

Plaintiff hereby files this Notice of Dismissal pursuant to FRCP 41.

Dated: 6/6/2006            /s/Ronald Wilcox
                           Ronald Wilcox
                           2160 The Alameda, First Floor, Suite F
                           San Jose, CA 95126
                           (408) 296-0400
                           (408) 296-0486 (Fax)



NOTICE OF DISMISSAL